F I L E D

JUL 16 2024

CLERK, U.S. [illegible] COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **ROBERT S. GUTIERREZ, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. DR-23-CV-00059-AM-MHW** |
| | § | |
| **ZAVALA COUNTY APPRAISAL** | § | |
| **DISTRICT,** | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the Report and Recommendation of the Honorable Matthew H. Watters, United States Magistrate Judge. (ECF No. 23.) Pursuant to 28 U.S.C. § 636, the Court referred all pretrial matters in this case to Judge Watters, who now recommends denying the Defendant's Motion to Dismiss (ECF No. 14). Neither party has objected. Upon review, the Court **APPROVES** and **ADOPTS** the Report and Recommendation.

This case involves claims brought under Title VII of the Civil Rights Act of 1964, which prohibits employers from 'discriminating' against any individual with respect to employment 'because of such individual's . . . sex." *Olivarez v. T-Mobile USA, Inc.*, 997 F.3d 595, 598 (5th Cir. 2021); 42 U.S.C. § 2000e-2(a)(1). The Plaintiff alleges that while employed by the Zavala County Appraisal District, his direct supervisor discriminated against him based on his sexual orientation. (*See generally* ECF No. 10.) This discrimination culminated in the Plaintiff's termination. (*Id.* at 7.)

The Defendant filed a Motion to Dismiss the Plaintiff's claims (ECF No. 14), to which the Plaintiff filed a Response. (ECF No. 20.) The Defendant filed a Reply. (ECF No. 21.) Judge

Watters considered the parties' arguments and issued his Report and Recommendation on May 28, 2024. (ECF No. 23.)

Parties may object to the proposed findings and recommendations of a magistrate judge within fourteen days after service of a report and recommendation. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, no objections to Judge Watters's Report and Recommendation have been filed. Thus, the Court need not conduct a *de novo* review of the pending matter. Rather, the Court must only review the Report and Recommendation to determine whether it is erroneous or clearly contrary to law. *See Douglas v. United Servs. Automobile Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Judge Watters's Report and Recommendation (ECF No. 31) and finds neither clear error nor any proposed finding or conclusion contrary to law. The Report and Recommendation correctly concludes that the Plaintiff plausibly alleges discrimination, a hostile work environment due to his sexual orientation, and unlawful retaliation sufficient to survive dismissal under Federal Rule of Civil Procedure 12(b)(6).

Accordingly, the Court **APPROVES** and **ADOPTS** Judge Watters's Report and Recommendation (ECF No. 23). It is therefore **ORDERED** that the Defendant's Motion to Dismiss (ECF No. 14) is **DENIED**.

SIGNED and ENTERED on this 16th day of July 2024.

ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE

2