IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION



### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>2:23-CV-00059</u>
2. Style of case: <u>ROBERT S GUTIERREZ, JR vs ZAVALA COUNTY APPRAISAL DISTRICT</u>
3. Nature of suit: CIVIL.
4. Method of ADR used:  **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: <u>08/20/24</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.   ☐ Settled, in part, as result of ADR

    •• Settled as a result of ADR.   ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1750.00</u>
8. Duration of ADR: <u>Half Day</u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

    KENNETH J RUBENSTEIN – MEDIATOR
    NICHOLAS O'KELLEY – PLA ATTY
    KELLY ALBIN, DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    //KENNETH RUBENSTEIN//

    Signature

    <u>6333 East Mockingbird Lane, Dallas, TX 75214</u>
    Address

    September 3, 2024
    Date

    (214)528-1411
    Telephone

**BURDIN MEDIATIONS**
4514 COLE AVENUE, SUITE 1450
DALLAS, TEXAS 75205-4181

Judge Alia Moses Ludlum
U.S. District Court - Western District - Del Rio
111 East Broadway
Del Rio, TX 78840

