AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
October 04, 2024
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ AM _____
DEPUTY

ROBERT S. GUTIERREZ, JR.,
PLANTIFF,

v.

ZAVALA COUNTY APPRAISAL DISTRICT,
DEFENDANT.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-23-CV-0059  AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the Plaintiffs claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the Motion and in Rule 41(a)(1)(A)(ii). IT IS FURTHER ORDERED that all pending motions, if any, be denied as moot, and all future hearing settings in this matter are vacated.

10/4/2024
Date



Philip J. Devlin
Clerk

_(By) Deputy Clerk_